UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITAL FINANCE, LLC; and CAPITAL FUNDING, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>22 MAPLE STREET, LLC; 25 ORIOL DRIVE, LLC; 59 COOLIDGE ROAD, LLC; 20 KINMONTH ROAD, LLC; WABAN HEALTH CENTER, LLC; MERRIMACK VALLEY HEALTH CENTER, LLC; WATERTOWN HEALTH CENTER, LLC; and WORCESTER HEALTH CENTER, LLC,<br><br>       Defendants. | C.A. No. 1:18-cv-10172 |

## NOTICE OF REMOVAL

To:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and LR, D. Mass. 81.1, Defendants, 22 Maple Street, LLC; 25 Oriol Drive, LLC; 59 Coolidge Road, LLC; 20 Kinmonth Road, LLC; Waban Health Center, LLC; Merrimack Valley Health Center, LLC; Watertown Health Center, LLC; and Worcester Health Center, LLC (collectively, "Defendants"), hereby file this Notice of Removal from the Business Litigation Session of the Suffolk County Superior Court to the United States District Court for the District of Massachusetts. As grounds for removal, Defendants state as follows:

    1.    On January 16, 2018, Plaintiffs, Capital Finance, LLC ("Capital Finance") and Capital Funding, LLC ("Capital Funding") (collectively, "Plaintiffs"), filed a Verified Complaint and Request for Appointment of Receiver (the "Verified Complaint") in the Suffolk County

Superior Court against Defendants, captioned *Capital Finance, LLC et al. v. 22 Maple Street, LLC et al.*, Docket No. SUCV2018-00156-BLS2.

2. The Complaint alleges the Defendants—four separate nursing home facilities (Waban Health Center, Merrimack Valley Health Center, Watertown Health Center, and Worcester Health Center), owned and operated by four separate legal entities—are in default on their obligations under certain loan and credit agreements and thus request the appointment of a receiver to assume control of the management and operations of the facilities.

3. The United States District Court for the District of Massachusetts has original jurisdiction over this action based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a), because this action is between citizens of different states and the amount of debt combined with the value of the properties that comprise the subject of the instant litigation exceed the sum or value of $75,000.00, exclusive of interest and costs.

4. "Diversity jurisdiction requires complete diversity of citizenship as between all plaintiffs and all defendants. For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of all of its members." *N. Beacon 155 Assocs. LLC v. Mesirow Fin. Interim Mgmt. LLC*, C.A. No. 15-11750-LTS, 2015 U.S. Dist. LEXIS 191352, at *2 (D. Mass. June 26, 2015) (internal citations and quotation marks omitted).

5. Upon information and belief, Capital Finance, LLC is a privately-held Maryland limited liability company with its principal office at 1422A Clarkview Road, Baltimore, Maryland. The sole member of Capital Finance is CFG Community Bank, a Maryland state-chartered bank. CFG Community Bank's principal place of business is located at 1422 Clarkview Road, Baltimore, Maryland. CFG Community Bank's sole member is Capital Funding Bancorp,

a Maryland corporation, and its principal place of business is located at 1422 Clarkview Road, Baltimore, Maryland.

6. Upon information and belief, Capital Funding, LLC is a privately-held Maryland limited liability company with its principal office at 1422 Clarkview Road, Suite 500, Baltimore, Maryland. The sole member of Capital Funding is CFG Community Bank, a Maryland state-chartered bank. CFG Community Bank's principal place of business is located at 1422 Clarkview Road, Baltimore, Maryland. CFG Community Bank's sole member is Capital Funding Bancorp, a Maryland corporation, and its principal place of business is located at 1422 Clarkview Road, Baltimore, Maryland.

7. 22 Maple Street, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey and owns the real property located at 22 Maple Street, Amesbury, Massachusetts. The members of 22 Maple Street, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

8. 25 Oriol Drive, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey and owns the real property located at 25 Oriol Drive, Worcester, Massachusetts. The members of 25 Oriol Drive, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

9. 59 Coolidge Road, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey and owns the real property located at 59 Coolidge Hill Road, Watertown, Massachusetts. The members of 59 Coolidge Road, LLC

301096153v1 3167

are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

10. 20 Kinmonth Road, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey and owns the real property located at 20 Kinmonth Road, Newton, Massachusetts. The members of 20 Kinmonth Road, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

11. Waban Health Center, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey. The members of Waban Health Center, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

12. Merrimack Valley Health Center, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey. The members of Merrimack Valley Health Center, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

13. Watertown Health Center, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey. The members of Watertown Health Center, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

14. Worcester Health Center, LLC is a Delaware limited liability company with an address of 2363 Lakewood Road, Suite 200, Toms River, New Jersey. The members of Worcester Health Center, LLC are Avi "Zisha" Lipschutz, an individual and citizen of the State of New York, and Larry Lipschutz, an individual and citizen of the State of Florida.

301096153v1 3167

15. Accordingly, Plaintiffs and all named Defendants are citizens of different states for diversity purposes. The complete diversity requirement of 28 U.S.C. § 1332(a) is therefore satisfied in this case.

16. Plaintiff's Verified Complaint seeks, *inter alia*, the appointment of a receiver over the Defendants. While Defendants contest and object to any appointment of a receiver, this Court has jurisdiction pursuant to Fed. R. Civ. P. 66 and the Court's equitable powers to hear and decide whether a receiver should be appointed over Defendants and the Defendants' properties. *See* Fed. R. Civ. P. 66; *United States Bank Nat'l Ass'n v. Pendleton Westbrook SPE, LLC*, C.A. No. 2:16-cv-00411-JDL, 2016 U.S. Dist. LEXIS 159194, at *7 (D. Mass. Nov. 17, 2016) ("The appointment of a receiver in a diversity case is a procedural matter governed by federal law and federal equitable principles. . . . This Court has inherent equitable power to appoint a receiver to manage or preserve property pending judgment." (internal quotation marks omitted)).

17. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, as the debt owed to Plaintiffs and the value of the properties at issue here for which a receiver is sought far exceeds this minimum threshold.

18. Defendants' undersigned counsel has agreed to accept service of process on behalf of all named Defendants but has yet to receive a summons. Removal is therefore timely under 28 U.S.C. § 1446(b), as fewer than 30 days have elapsed since Defendants were served with process. *See, e.g., Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350 (1999) ("[O]ne becomes a party officially, and is required to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend.").

19. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants are attached hereto as **Exhibit A**.

20. Defendants will provide written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d), including filing a certified copy of this Notice of Removal with the clerk of the Business Litigation Session of the Suffolk County Superior Court.

WHEREFORE, this action should be removed to the United States District Court for the District of Massachusetts.

> Respectfully submitted,
>
> 22 MAPLE STREET, LLC; 25 ORIOL DRIVE, LLC; 59 COOLIDGE ROAD, LLC; 20 KINMONTH ROAD, LLC; WABAN HEALTH CENTER, LLC; MERRIMACK VALLEY HEALTH CENTER, LLC; WATERTOWN HEALTH CENTER, LLC; and WORCESTER HEALTH CENTER, LLC,
>
> By Their Attorneys,
>
> */s/ Samuel C. Bodurtha*
> Samuel C. Bodurtha, BBO #665755
> Ethan Z. Tieger, BBO #691219
> HINSHAW & CULBERTSON LLP
> 28 State Street, 24th Floor
> Boston, MA 02109
> 617-213-7000
> 617-213-7001 (facsimile)
> sbodurtha@hinshawlaw.com
> etieger@hinshawlaw.com

Dated:   January 29, 2018

301096153v1 3167

## **CERTIFICATE OF SERVICE**

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 29, 2018.

*/s/ Samuel C. Bodutha*
Samuel C. Bodurtha

301096153v1 3167