UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITAL FINANCE, LLC; and CAPITAL FUNDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>22 MAPLE STREET, LLC; 25 ORIOL DRIVE, LLC; 59 COOLIDGE ROAD, LLC; 20 KINMONTH ROAD, LLC; WABAN HEALTH CENTER, LLC; MERRIMACK VALLEY HEALTH CENTER, LLC; WATERTOWN HEALTH CENTER, LLC; and WORCESTER HEALTH CENTER, LLC,<br><br>Defendants. | C.A. No. 1:18-cv-10172-RWZ |

## AFFIDAVIT OF Y.C. RUBIN

I, Y.C. Rubin, having been duly affirmed, hereby depose and state the following:

1. I am the Chief Restructuring Officer of the Defendants, Waban Health Center, LLC, Merrimack Valley Health Center, LLC, Watertown Health Center, LLC, and Worcester Health Center, LLC (collectively, the "Operator Defendants"). I offer this affidavit in support of the Operator Defendants' Supplemental Memorandum of Law in Support of Their Objection and Opposition to Plaintiffs, Capital Finance, LLC and Capital Funding, LLC's ("Plaintiffs"), Emergency Motion for Appointment of Receiver.

2. In the regular performance of my job functions as Chief Restructuring Officer, I am familiar with the business records maintained by the nursing homes and their facilities located at 22 Maple Street, Amesbury, Massachusetts, 25 Oriol Drive, Worcester, Massachusetts, 59 Coolidge Road, Watertown, Massachusetts and 20 Kinmonth Road, Newton, Massachusetts. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the regular course of business activity. It is the regular practice of the nursing home facilities' business to make these records.

3. In connection with making this affidavit, I have personally examined and reviewed the business records of all four of the Operator Defendants. I submit the attached spreadsheets and financial data and summaries based upon my review of these business records and in discussions with Apex Healthcare.

4. Attached to the Supplemental Memorandum of Law as *Exhibit A* is a breakdown of the relevant financial data for the Waban Health Center facility.

5. Attached to the Supplemental Memorandum of Law as *Exhibit B* is a breakdown of the relevant financial data for the Merrimack Valley Health Center facility.

6. Attached to the Supplemental Memorandum of Law as *Exhibit C* is a breakdown of the relevant financial data for the Watertown Health Center facility.

7. Attached to the Supplemental Memorandum of Law as *Exhibit D* is a breakdown of the relevant financial data for the Worcester Health Center facility.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Y.C. Rubin

Dated:    February 20, 2018

STATE OF _____NY_____ )
COUNTY OF ___Kings___ )

The foregoing instrument was acknowledged and affirmed before me this 20th day of February, 2018, by Y.C. Rubin as Chief Restructuring Officer, [CIRCLE ONE] (personally known to me) or who has produced _____ as identification.

_____
Notary Public - State of __NY__
My Commission Expires:

LEIBISH RUBIN
Notary Public State of New York
No. 01RU6080785
Qualified in Kings County
Commission Expires September, 23, 20 19

## **CERTIFICATE OF SERVICE**

I, Ethan Z. Tieger, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 20, 2018.

*/s/ Ethan Z. Tieger*
Ethan Z. Tieger